**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-35651 |
| | § | |
| BA LAND CO., LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law.  The Trustee hereby requests to be discharged from further duties as a Trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $206,281.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,563,810.74 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $28,082.19 | | |

3)      Total gross receipts of $1,591,892.93  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,591,892.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $37,403.84 | $1,589,932.95 | $1,552,529.11 | $1,552,529.11 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $28,082.19 | $28,082.19 | $28,082.19 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,245,219.14 | $1,245,219.14 | $1,245,219.14 | $11,281.63 |
| **Total Disbursements** | $1,282,622.98 | $2,863,234.28 | $2,825,830.44 | $1,591,892.93 |

4).  This case was originally filed under Chapter 7 on 11/09/2016.  The case was pending for 25 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2018                    By:    /s/ Allison D. Byman
                                                   Allison D. Byman, Trustee
                                                   SBN 24040773
                                                   Total Plaza
                                                   1201 Louisiana, 28th Floor
                                                   Houston, Texas  77002
                                                   (713) 759-0818 Telephone
                                                   (713) 759-6834 Facsimile
                                                   adb@hwa.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 26010 Hempstead Road, Cypress, Texas  77429 | 1129-000 | $1,591,892.93 |
| **TOTAL GROSS RECEIPTS** | | $1,591,892.93 |

The Uniform Transaction Code is an accounting code assigned by the Trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cypress Fairbanks ISD | 4110-000 | $27,322.67 | $27,322.67 | $0.00 | $0.00 |
| 2 | Harris County et al. | 4110-000 | $10,081.17 | $10,081.17 | $0.00 | $0.00 |
| | Pay-off; Independent Bank | 4110-000 | $0.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.0 0 |
| | Personal Property Taxes (pre-petition) | 4800-000 | $0.00 | $44,462.19 | $44,462.19 | $44,462.19 |
| | Real Property Taxes (pre-petition) | 4700-000 | $0.00 | $8,066.92 | $8,066.92 | $8,066.92 |
| **TOTAL SECURED CLAIMS** | | | $37,403.84 | $1,589,932.95 | $1,552,529.11 | $1,552,529.1 1 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, Trustee | 2100-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| Allison D. Byman, Trustee | 2200-000 | NA | $87.22 | $87.22 | $87.22 |
| International Sureties, Ltd. | 2300-000 | NA | $11.77 | $11.77 | $11.77 |
| Closing Costs | 2500-000 | NA | $91.00 | $91.00 | $91.00 |
| Green Bank | 2600-000 | NA | $912.16 | $912.16 | $912.16 |
| Ostrom Morris, PLLC, Attorney for Trustee | 3210-000 | NA | $14,461.65 | $14,461.65 | $14,461.65 |
| Ostrom Morris, PLLC, Attorney for Trustee | 3220-000 | NA | $234.96 | $234.96 | $234.96 |

| KenWood & Associates, PC, Accountant for Trustee | 3410-000 | NA | $4,642.50 | $4,642.50 | $4,642.50 |
| KenWood & Associates, PC, Accountant for Trustee | 3420-000 | NA | $140.93 | $140.93 | $140.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $28,082.19 | $28,082.19 | $28,082.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | US Small Business Administration | 7100-000 | $1,245,219.14 | $1,245,219.14 | $1,245,219.14 | $11,281.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,245,219.14 | $1,245,219.14 | $1,245,219.14 | $11,281.63 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 16-35651-H1-7 | | Trustee Name: | Allison D. Byman |
| Case Name: | BA LAND CO., LLC | | Date Filed (f) or Converted (c): | 11/09/2016 (f) |
| For the Period Ending: | 12/6/2018 | | §341(a) Meeting Date: | 12/15/2016 |
| | | | Claims Bar Date: | 03/21/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 26010 Hempstead Road, Cypress, Texas  77429 | $1,266,016.00 | $1,266,016.00 | | $1,591,892.93 | FA |
| Asset Notes: | 04/06/2017; #31; Order Authorizing Sale of Real Property of BA Land Co., LLC Free and Clear | | | | | |
| 2 | Account Receivables (90 days old or less) | $206,281.00 | $206,281.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate as the accounts are not recoverable; the receivables are owed by a related bankrupt debtor.  The creditors of the Estate would not benefit from any liquidation by the Trustee. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $1,472,297.00 | $1,472,297.00 | | $1,591,892.93 | $0.00 |

**Major Activities affecting case closing:**

03/31/2018    All assets liquidated; professionals to file first/final fee applications; once approved, Trustee to prepare and submit Final Report.

Initial Projected Date Of Final Report (TFR):   06/30/2018          Current Projected Date Of Final Report (TFR):   06/30/2018

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35651-H1-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | BA LAND CO., LLC | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***2779 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 11/9/2016 | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 12/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2017 | | Fidelity National Title Agency, Inc. | 04/06/2017; #31 | * | $37,379.89 | | $37,379.89 |
| | {1} | | Gross Sales Proceeds $1,590,000.00 | 1129-000 | | | $37,379.89 |
| | | | Real Property Taxes (pre-petition) $(8,066.92) | 4700-000 | | | $37,379.89 |
| | | | Pay-off; Independent Bank $(1,500,000.00) | 4110-000 | | | $37,379.89 |
| | | | Personal Property Taxes (pre-petition) $(44,462.19) | 4800-000 | | | $37,379.89 |
| | | | Closing Costs $(91.00) | 2500-000 | | | $37,379.89 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $33.06 | $37,346.83 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.25 | $37,286.58 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $62.09 | $37,224.49 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $56.17 | $37,168.32 |
| 08/22/2017 | (1) | Fidelity National Title Agency | Overpayment of ISD tax | 1129-000 | $1,892.93 | | $39,061.25 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.94 | $39,000.31 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $62.91 | $38,937.40 |
| 10/03/2017 | 3001 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $11.77 | $38,925.63 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.79 | $38,864.84 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.69 | $38,804.15 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $62.61 | $38,741.54 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $62.51 | $38,679.03 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $56.37 | $38,622.66 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $64.33 | $38,558.33 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $58.20 | $38,500.13 |
| 05/09/2018 | 3002 | Ostrom Morris PLLC | 05/07/18; #39 | * | | $14,696.61 | $23,803.52 |
| | | | Ostrom Morris, PLLC $(14,461.65) | 3210-000 | | | $23,803.52 |
| | | | Ostrom Morris, PLLC $(234.96) | 3220-000 | | | $23,803.52 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $50.65 | $23,752.87 |
| 06/26/2018 | 3003 | KenWood & Associates, PC | 06/21/18; #43 | * | | $4,783.43 | $18,969.44 |
| | | | KenWood & Associates, PC $(4,642.50) | 3410-000 | | | $18,969.44 |
| | | | KenWood & Associates, PC $(140.93) | 3420-000 | | | $18,969.44 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $37.58 | $18,931.86 |
| | | | **SUBTOTALS** | | $39,272.82 | $20,340.96 | |

**FORM 2**

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-35651-H1-7 | |
| Case Name: | BA LAND CO., LLC | |
| Primary Taxpayer ID #: | **-***2779 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/9/2016 | |
| For Period Ending: | 12/6/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Allison D. Byman |
| Bank Name: | GREEN BANK |
| Checking Acct #: | ******5101 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $62,600,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $29.56 | $18,902.30 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $33.45 | $18,868.85 |
| 11/09/2018 | 3004 | Allison D. Byman | Trustee Compensation | 2100-000 | | $7,500.00 | $11,368.85 |
| 11/09/2018 | 3005 | Allison D. Byman | Trustee Expenses | 2200-000 | | $87.22 | $11,281.63 |
| 11/09/2018 | 3006 | US Small Business Administration | Prorata Distribution; Claim No. 3 | 7100-000 | | $11,281.63 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $39,272.82 | $39,272.82 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $39,272.82 | $39,272.82 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $39,272.82 | $39,272.82 | |

| For the period of 11/9/2016 to 12/6/2018 | | For the entire history of the account between 04/13/2017 to 12/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,591,892.93 | Total Compensable Receipts: | $1,591,892.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,591,892.93 | Total Comp/Non Comp Receipts: | $1,591,892.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,591,892.93 | Total Compensable Disbursements: | $1,591,892.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,591,892.93 | Total Comp/Non Comp Disbursements: | $1,591,892.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-35651-H1-7 | |
| **Case Name:** | BA LAND CO., LLC | |
| **Primary Taxpayer ID #:** | **-***2779 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 11/9/2016 | |
| **For Period Ending:** | 12/6/2018 | |

| | |
|---|---|
| **Trustee Name:** | Allison D. Byman |
| **Bank Name:** | GREEN BANK |
| **Checking Acct #:** | ******5101 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $62,600,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $39,272.82 | $39,272.82 | $0.00 |

| **For the period of 11/9/2016 to 12/6/2018** | | **For the entire history of the case between 11/09/2016 to 12/6/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,591,892.93 | Total Compensable Receipts: | $1,591,892.93 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,591,892.93 | Total Comp/Non Comp Receipts: | $1,591,892.93 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,591,892.93 | Total Compensable Disbursements: | $1,591,892.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,591,892.93 | Total Comp/Non Comp Disbursements: | $1,591,892.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN